

# LAW OFFICES OF LAURIE E. MORRISON

October 11, 2022

100 Church Street, 8th Floor  
New York, New York 10007

28 Valley Road, Suite #1  
Montclair, New Jersey 07042

Phone: (212) 721-4051  
Cell: (646) 457-8347  
morrison@lemorrisonlaw.com

**VIA ECF**

Hon. Jennifer L. Rochon, U.S.D.J.  
United States District Court, SDNY  
500 Pearl Street, Courtroom: 20B  
Chambers Room 1920  
New York, NY 10007  
Aisha Bams, Courtroom Deputy: 212-805-0204

<b><u>RE: Edward Banks v. McGlynn, Hays & Co., Inc. et al.<br>Consolidated Cases Civ. Action Nos.: 19-cv-05727, 21-cv-00679 (JLR) (RWL)</u></b>

Dear Hon. Rochon:

In accordance with Your Honor's October 7th Directive (Dkt. 106, 372), with Rule 1(A) of Your Honor's Individual Rules, and with the SDNY's Standing Order, 19-MC-00583, and Section 6 of the ECF Rules & Instructions (which were incorporated by reference therein), Plaintiff's counsel respectfully submits this motion to file the unredacted version of this letter and supporting medical record *ex parte* under seal, as the documents contain counsel's highly sensitive and confidential medical/health information that would be intended for the Court's Eyes Only. The documents request remote appearances by Plaintiff's counsel for medical/health reasons.

<u>Lugosch v. Pyramid Co. of Onondaga County</u>, 435 F.3d 110 (2d Cir. 2006) would also arguably not apply, as counsel's information is plainly irrelevant to the underlying claims and/or defenses asserted in the instant case and it would not otherwise be considered judicial documents/records, so the common law presumption of public access would not attach.





    Plaintiff's counsel thanks the Court for its time and consideration.

Respectfully Submitted,

Laurie E. Morrison, Esq.

Request **GRANTED**.  Plaintiff's letter (ECF No. 108 in docket 21-cv-00679 and ECF No. 374 in docket 21-cv-00679) and the redacted portions of Plaintiff's letter-motion (ECF No. 373 in docket 19-cv-05727 and ECF No. 107 in docket 21-cv-00679) shall hereby remain sealed and under ex-parte view only.

Dated:  October 12, 2022
         New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge