**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDWARD BANKS,

                Plaintiff,

    -against-                                   19 **CIVIL** 5727 (JLR)(RWL)
                                                    21 **CIVIL** 679 (JLR)(RWL)

                                                        **JUDGMENT**

MCGLYNN, HAYS & CO., INC., et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 20, 2024, Defendants' motion for summary judgment is GRANTED as to Plaintiff's Section 1981 claims and Plaintiff's motion is therefore DENIED. Because the Court declines to exercise supplemental jurisdiction over Plaintiff's NYSHRL and NYCHRL claims, they are dismissed without prejudice; accordingly, the consolidated cases are closed.

**Dated:**  New York, New York

        February 21, 2024

                                                                    **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                       **BY:**      *K. Mango*

                                                                       **Deputy Clerk**